IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

QUINCEY GERALD KEELER,

    Plaintiff,

vs.                          Case No. 10-1129-JTM
                               Case No. 10-1358-JTM

ARAMARK HEALTHCARE SUPPORT SERVICES, LLC,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on *pro se* plaintiff Quincey Keeler's Motion to Reconsider the court's prior Order granting consolidation of these actions, but denying Keeler's request for *in forma pauperis* status, finding that the actions were filed vexatiously. (Dkt. 21). Further, the court specifically directed that "the cases shall be dismissed unless the plaintiff files the appropriate filing fee for each respective case within twenty days of the present Order." (*Id*. at 6). Rather than paying the filing fee as directed by the court, Keeler filed his (second) Motion for Reconsideration.

The Motion for Reconsideration fails to demonstrate any of the requisite grounds for relief, namely, an intervening change in the law, new evidence, or some need to correct clear error or prevent manifest injustice. *See* D.Kan.R. 7.3. Keeler makes no attempt to show any intervening change in the law or present any newly discovered evidence. Rather, his motion is simply a reargument of his prior pleadings (Dkt. 6, 13, 19), all of which have been rejected by the court.

IT IS ACCORDINGLY ORDERED this 8th day of July, 2011 that plaintiff's Motion to Reconsider (Dkt. 21) is hereby denied. In addition, the present actions are hereby dismissed for failure to comply with the directive in the court's prior Order (Dkt. 20).

s/ J. Thomas Marten
J. THOMAS MARTEN, JUDGE